**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

NUTRAMAX LABORATORIES, INC.
and NUTRAMAX LABORATORIES
VETERINARY SCIENCES, INC.,

        Plaintiffs,

v.                               Case No:   6:22-cv-626-CEM-LHP

ZESTY PAWS LLC and HEALTH
AND HAPPINESS US
INTERNATIONAL
INCORPORATED,

        Defendants

---

**ORDER**

This cause comes before the undersigned on referral from the presiding District Judge. *See* Doc. No. 97. On June 1, 2023, the parties filed a Joint Motion for Stay of Discovery and Adjournment of Hearing, in which they sought a sixty (60) day stay of all deadlines in this case, and postponement of a hearing scheduled before the undersigned for July 12, 2023. Doc. No. 96. *See also* Doc. No. 95. The parties filed the motion based on a possibility of settling this matter at mediation, which they state that they would schedule within sixty (60) days. Doc. No. 96, at 2. On June 5, 2023, the presiding District Judge denied the motion to the extent

that the parties sought a stay of the entire case, but referred the remainder of the motion to the undersigned. Doc. No. 97.

Upon consideration, given the parties' representations regarding mediation and potential settlement, the undersigned will grant a brief continuance of the July 12, 2023 hearing until after the parties' mediation, which, based on the parties' representations, should be set to occur on or before August 1, 2023. *See* Doc. No. 96, at 2. Accordingly, it is **ORDERED** as follows:

1. The Joint Motion for Stay of Discovery and Adjournment of Hearing (Doc. No. 96) is **GRANTED in part**, in that the July 12, 2023 hearing scheduled before the undersigned (*see* Doc. No. 95) is **CANCELED**.

2. **TAKE NOTICE** that the hearing on the issue of spoliation of evidence as set forth in Defendants' Motion for Sanctions for Violation of Fed. R. Civ. P. 11 and for Spoliation of Evidence Under the Court's Inherent Power (Doc. No. 85) is hereby **RESCHEDULED** for **August 9, 2023 at 10:00 a.m.** The hearing will be held before the undersigned in **Courtroom 5D**, Fifth Floor, U.S. Courthouse, 401 W. Central Boulevard, Orlando, Florida. The Court has set aside **two (2) hours** for the hearing. If either party contends that the hearing should be evidentiary in nature, the party shall file a notice on the public docket no later than **August 2, 2023.** Such notice shall also provide a

good faith estimate of the amount of time needed by the notifying party to present its evidence.

**DONE** and **ORDERED** in Orlando, Florida on June 7, 2023.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 3 -